UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 25, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                   )   Case No. 2:07CR00432-EJG-001
       Plaintiff, )
v.                             )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
JAMES ROY MARTIN, )
                                   )
       Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAMES ROY MARTIN__ , Case No. __2:07CR00432-EJG-001__ , Charge __18USC § 1344__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    ✓ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✓ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 25, 2007__ at __2:00 pm__ .

                                       By  /s/ Gregory G. Hollows
                                                Gregory G. Hollows
                                                United States Magistrate Judge

Copy 5 - Court