DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ROY MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JAMES ROY MARTIN,<br><br>               Defendant. | No. CR-S-07-432 EJG<br><br>DEFENDANT'S WAIVER OF APPEARANCE<br><br>Judge:  Edward J. Garcia, Jr. |

    Pursuant to Fed.R.Crim.P. 43, defendant, JAMES ROY MARTIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by

the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: August 2, 2008

/s/ James Roy Martin

JAMES ROY MARTIN
(Original retained by attorney)

I concur in Mr. Martin's decision to waive his presence at future proceedings.

Dated:  August 11, 2008          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Matthew C. Bockmon
                                 MATTHEW C. BOCKMON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JAMES ROY MARTIN

IT IS SO ORDERED.

Dated: August 13, 2008

                                 /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, JR.
                                 United States District Judge

Waiver of Appearance/Martin            2