1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

MAR 23 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CRS-07-432 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| | ) PROTECTIVE ORDER RE: |
| v. | ) DISSEMINATION OF DISCOVERY |
| | ) DOCUMENTS CONTAINING NAMES AND |
| JAMES ROY MARTIN, | ) PERSONAL IDENTIFYING |
| MARIO FELLINI, III, | ) INFORMATION |
| GABRIEL RICHARD VIRAMONTES, and | ) |
| JOSEPH SALVATORE GALLO, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. James Roy Martin, et. al., stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over additional discovery in this case, which begins with bates number 240. All discovery provided from this point on shall be subject to this stipulation and the protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material"). Such personal

1

identifying information includes, but is not limited to, addresses, telephone numbers, driver's license numbers, social security numbers and financial account numbers. Any pages of discovery that contain no personal identifying information are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendants in this case may review the Protected Material and be aware of its contents, but shall not be

|   |   |   |
|---|---|---|
| 1 |    | given control of the Protected Material or any copies |
| 2 |    | thereof.  Notwithstanding the foregoing, counsel are |
| 3 |    | permitted to provide each defendant with copies of |
| 4 |    | documents otherwise classifiable as Protected Material so |
| 5 |    | long as counsel completely redact <u>all</u> personal identifying |
| 6 |    | information from those documents prior to providing them to |
| 7 |    | a defendant. |
| 8 | 8. | The foregoing notwithstanding, after the Trial Confirmation |
| 9 |    | Hearing in this case, counsel, staff, and investigator for |
| 10 |   | any defendant who has confirmed for trial may make copies |
| 11 |   | of the Protected Material for trial preparation and |
| 12 |   | presentation.  Any copies must, however, remain in the |
| 13 |   | possession of counsel, staff, investigator, expert or the |
| 14 |   | Court. |

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        Acting United States Attorney

DATE: March 23, 2010        By:   /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

DATE: March 23, 2008        /s/ Chris Haydn-Myer
                                        CHRIS HAYDN-MYER
                                        Attorney for JAMES ROY MARTIN

DATE: March 23, 2008        /s/ James Greiner
                                        JAMES GREINER
                                        Attorney for MARION FELLINI, III

1
2  DATE: March 23, 2008         /s/ Michael Bigelow
                                MICHAEL BIGELOW
3                               Attorney for GABRIEL RICHARD VIRAMONTES
4
   DATE: March 23, 2008         /s/ William J. Portonova
5                               WILLIAM J. PORTONOVA
                                Attorney for JOSEPH SALVATORE GALLO
6
7     **IT IS SO ORDERED:**
8  DATED: __3/23/10__            _____
                                 HON. DALE A. DROZD
9                                U.S. Magistrate Judge

10
11
12
...
28

4