# Memorandum

*United States Attorney*
*Eastern District of California*



**FILED**

MAR 3 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| Subject | Date |
|---|---|
| United States v. James Martin<br>CR.S-07-432 EJG | March 31, 2010 |

| To | From |
|---|---|
| Colleen Lydon<br>Courtroom Deputy to the<br>Hon. Edward J. Garcia | /s/ Matthew C. Stegman<br>Assistant U.S. Attorney |

    The parties request the Court continue the sentencing date from June 11, 2010, to August 20, 2010, at 10:00 a.m. Both parties and the probation officer are in agreement with continuing the date. The probation office has requested the continuance in order to have the pre-sentence report assigned to the same probation officer preparing the report for Mario Fellini, and our expectation that the defendant's cooperation will necessitate moving the date out beyond June 11, 2010.

cc: Tom Brown, USPO


    IT IS SO ORDERED.

3/31/10

EDWARD J. GARCIA
United States District Judge