# Haydn-Myer Law Corporation
**Christopher Haydn-Myer**
Attorney at Law
970 Reserve Dr., Suite 153
Roseville, CA 95678
Phone: (916) 622-1703
Email: chrishaydn@sbcglobal.net

# MEMORANDUM & ORDER THEREON

Date:   August 11, 2010

To:     Colleen Lydon, Courtroom Clerk to the
        Honorable Edward J. Garcia
        United States Senior District Court Judge

From:   Chris Haydn-Myer

Re:     United States v. James Martin; Case No. 07-432 EJG

_____

      Pursuant to our emails, and your permission, the Judgment and Sentencing currently set for August 20th, 2010 should be changed to December 10th, 2010. AUSA Matt Stegman and I are in agreement with the new date.

      If you have any questions concerning the above matter, please feel free to contact me. Thank you for your assistance.

CHM

      IT IS SO ORDERED this 11th day of August, 2010.

      /s/ Edward J. Garcia
      U. S. DISTRICT JUDGE