```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
JAMES MARTIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. S-07-432 EJG |
| ) | |
| Plaintiff, ) | ORDER AND STIPULATION TO CONTINUE |
| ) | JUDGMENT AND SENTENCING TO MAY 20, |
| v. ) | 2011 |
| ) | |
| JAMES ROY MARTIN, et al. ) | |
| ) | COURT: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew C. Stegman, and defendant JAMES MARTIN, by his attorney of record Christopher Haydn-Myer, hereby stipulate and agree that the Judgment and Sentencing calendared for December 10, 2010, at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, shall be continued to May 20th, 2011, at 10:00 a.m.

Counsel has been informed that this date is available for the Court, and that the codefendant MARIO FELLINI has also set his Judgment and Sentencing for this date.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        UNITES STATES ATTORNEY

DATED: December 3, 2010

                                        /s/ Christopher Haydn-Myer for
                                        MATTHEW C. STEGMAN
                                        Assistant United States Attorney

DATED: December 3, 2010

                                        /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for James Martin

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Judgment and Sentencing date currently set for December 10, 2010 is continued to May 20th, 2011, at 10:00 a.m.

DATED: December 7, 2010

                                        /s/ Edward J. Garcia
                                        U. S. DISTRICT JUDGE