UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order c/1556

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

        RE:    James Roy MARTIN, Mario FELLINI, III, Joseph Salvatore GALLO
             Docket Number: 2:07CR00432
             **JUDGMENT AND SENTENCING CONTINUANCE**

Your Honor:

The defendants are scheduled for Judgment and Sentencing on May 20, 2011. [6+]

Per agreement with the government and counsel for each defendant, it is respectfully requested that the Judgment and Sentencing set for the above defendant be rescheduled for October 14, 2011.

**REASON FOR CONTINUANCE:** Viramontes' Judgement and Sentencing is pending before the Court, and it is requested the sentencing of the above individuals occur after Viramontes.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            */s/ George A. Vidales*

                            GEORGE A. VIDALES
                            Senior United States Probation Officer

**REVIEWED BY:**    */s/ Linda L. Alger*

                       LINDA L. ALGER
                       Supervising United States Probation Officer

Dated: April 29, 2011
               Elk Grove, California
               GAV/tau

Honorable Edward J. Garcia
April 29, 2011
Page 2

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Christopher Haydn-Myer; James R. Greiner; William Portanova
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____  5/3/11
**EDWARD J. GARCIA**
**Senior United States District Judge**      Date

___ **Disapproved**

2                                         Rev. 10/2009
CONTINUANCE - TO JUDGE (EJG).MRG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

James Roy MARTIN
Mario FELLINI, III,
Joseph Salvatore GALLO

        Defendant.
_____/

Docket Number: 2:07CR00432

SCHEDULE FOR DISCLOSURE OF
PRESENTENCE REPORT AND FOR FILING
OF OBJECTIONS TO THE PRESENTENCE
REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/14/2011 at 10:00 AM |
| Reply, or Statement of Non-Opposition: | 10/07/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/30/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/23/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/16/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/02/2011 |