UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    James Roy Martin
                                      Docket Number:  2:07CR00432-01
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on October 14, 2011. Due to the workload of the undersigned, more time is needed to interview the defendant and complete the presentence report. Therefore, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

                                  Respectfully submitted,

                                  */s/ Brenda Barron-Harrell*

                                  **BRENDA BARRON-HARRELL**
                                  United States Probation Officer

**REVIEWED BY:**      _____
                            Hugo Ortiz
                            Supervising United States Probation Officer

Dated:     September 15, 2011
               Sacramento, California
               BBH

FILED
SEP 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attachment

RE:   James Roy MARTIN
      Docket Number:   2:07CR00432-01

## CONTINUANCE OF JUDGMENT AND SENTENCING

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

_____
EDWARD J. GARCIA
Senior United States District Judge

9/15/11

Date

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:07CR00432-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **James Roy MARTIN** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/16/2011, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 12/09/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/02/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/25/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 11/04/2011 |