BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-00432 EJG |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS |
| ) | **COUNT 36** OF THE INDICTMENT AS |
| v. ) | TO DEFENDANT **JAMES ROY MARTIN** |
| ) | |
| JAMES ROY MARTIN, ) | |
| MARIO FELINI, III, ) | |
| GABRIEL RICHARD VIRAMONTES, and) | |
| JOSEPH SALVATORE GALLO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Count 36 of the indictment, a violation of 18 U.S.C. § 1956(h), conspiracy to launder funds, as to defendant James Roy Martin without prejudice in the interest of justice.

DATED: October 24, 2011          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                           By:   /s/ Michael D. Anderson
                                 MICHAEL D. ANDERSON
                                 Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the Count 36 of the indictment, a violation of 18 U.S.C. § 1956(h), conspiracy to launder funds, be dismissed as to defendant James Roy Martin without prejudice in the interest of justice.

DATED: October 25, 2011   /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge