```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
JAMES ROY MARTIN
```

FILED
DEC 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>        Plaintiff,         )<br>                            )<br> v.                         )<br>                            )<br> JAMES ROY MARTIN,          )<br>                            )<br>        Defendant.          )<br>                            )<br>                            )<br>_____ | CASE NO. S-07-00432-EJG<br><br>STIPULATION; [PROPOSED] ORDER<br>TO CONTINUE JUDGMENT AND<br>SENTENCING TO FRIDAY FEBRUARY<br>17, 2012 |

   Defendant, JAMES MARTIN, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Michael Anderson, agree as follows:

   It is hereby stipulated that the Judgment and Sentencing currently set for Friday, December 16th, 2011 be vacated and a new Judgment and Sentencing is to be scheduled on February 17th, 2012 at 10:00 a.m.

///
///
///
///
///
///

1

1 | Dated: December 1st, 2011
2 |                                          Respectfully submitted,
3 |                                          /s/ Christopher Haydn-Myer
4 |                                          _____
   |                                          CHRISTOPHER HAYDN-MYER
   |                                          Attorney for Defendant
   |                                          James Martin
5 |
6 | DATED: December 1st, 2011               BENJAMIN B. WAGNER
   |                                          United States Attorney
7 |
   |                                          /S/ Christopher Haydn-Myer for
8 |                                          Michael Anderson
   |                                          Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Judgment and Sentencing currently set for Friday, December 16th, 2011 be vacated and a new Judgment and Sentencing is to be scheduled on February 17th, 2012 at 10:00 a.m.

Dated: 12/12/11

Edward J. Garcia
Senior United States Federal Judge