WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joseph Salvatore Gallo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CR-432 EJG |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER RE: RESTITUTION** |
| v. ) | |
| JOSEPH SALVATORE GALLO, ) JAMES MARTIN, ) MARIO FELLINI III, ) | |
| Defendants. ) | |

Plaintiff United States of America, by and through its undersigned counsel, and defendants Joseph Salvatore Gallo, James Martin, and Mario Fellini III, by and through their undersigned counsel, hereby stipulate and request this Court to order that no restitution will be ordered in this case.

The government has made multiple requests to obtain documentation and an accurate accounting that fairly establishes restitution from the victims or their successors in interest. The parties agree that a reasonable time has passed to allow compliance with the government's requests and that additional time is unlikely to assist in obtaining the requisite documentation.

Accordingly, the government agrees that it is unable to establish the amount of restitution owed by the defendants in this case.

For the foregoing reasons, the parties request that this matter be dropped from calendar. It is further requested that the Court find that no recitation will be ordered in this case.

**IT IS SO STIPULATED.**

Dated: November 27, 2012         /s/ William J. Portanova

                                 WILLIAM J. PORTANOVA
                                 Attorney for Joseph Gallo

Dated: November 27, 2012         /s/ Chris Haydn-Meyer

                                 CHRIS HAYDN-MEYER
                                 Attorney for James Martin

Dated: November 27, 2012         /s/ James R. Greiner

                                 JAMES R. GREINER
                                 Attorney for Mario Fellini III

///

///

Dated: November 27, 2012         /s/ Michael D. Anderson

                                 MICHAEL D. ANDERSON
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 11/29/12

THE HON. EDWARD J. GARCIA
United States District Judge