1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN #282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   JAMES ROY MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00432-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITION HEARING** |
| vs. | |
| JAMES ROY MARTIN, | Date: October 2, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for James R. Martin, that the disposition hearing scheduled for October 2, 2017 be vacated and reset for October 16, 2017 at 9:00 a.m.

On September 6, 2017, Mr. Martin entered an admission to Charge 1 and 2 of the Petition (Docket #6). By this stipulation, the parties jointly move for a continuance of the disposition hearing to October 16, 2017, due to defense counsel's urgent personal matter requiring him to travel out of town for several days. Given defense counsel's unavailability, October 16, 2017 represents the next best date for the parties.

///

///

Stipulation and Order to Continue Disposition Hearing         -1-         *U.S. v. James R. Martin*, 2:07-cr-00432-WBS

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: September 29, 2017 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JAMES ROY MARTIN |
| | Date: September 29, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Cameron Desmond*<br>CAMERON DESMOND<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **The Court specifically orders the October 2, 2017 disposition hearing shall be continued to October 16, 2017, at 9:00 a.m. before Judge William B. Shubb.**

Dated: September 29, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE