HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAMES ROY MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES ROY MARTIN, <br><br> Defendant. | Case No. 2:07-cr-00432-WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISPOSITION HEARING <br><br><br><br> Date: Current Hearing Date] <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for James R. Martin, that the disposition hearing scheduled for [Current Hearing Date] be vacated and reset for October 30, 2017 at 9:00 a.m.

On August 14, 2017, Mr. Martin entered an admission to Charge 1, 2 and 4 of the Petition (Docket #256). By this stipulation, the parties jointly move for a continuance of the disposition hearing to October 30, 2017, to allow defense counsel additional time to prepare and submit a response to the government's sentencing memorandum (Docket #269). Defense counsel previously sought a continuance due to an urgent personal matter requiring him to be out of the

Stipulation and Order to Continue Disposition Hearing -1- *U.S. v. James R. Martin*, 2:07-cr-00432-WBS

office for several days. This leave has interfered with counsel's ability to review the government's memorandum, filed October 10, 2017, and effectively present a response by the current hearing date. Given counsel's unavailability, October 30, 2017 represents the next best date for the parties.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: October 13, 2017                  */s/ Jerome Price*
                                              JEROME PRICE
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              JAMES ROY MARTIN

Date: October 13, 2017                  PHILLIP A. TALBERT
                                              United States Attorney

                                              */s/ Cameron Desmond*
                                              CAMERON DESMOND
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, grants the request for a continuance. Because the suggested date is not convenient to the court, the disposition hearing is continued to January 8, 2018, at 9:00 a.m.

Dated: October 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE